IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ERIC OKADA, DARYL EVANS**        **PLAINTIFFS**
**and DONALD PIAZZA**

vs.       No. 2:16-cv-2245-PKH

**EAGLE'S HVAC, LLC and LOUIS RAY EAGLE**    **DEFENDANTS**

<u>JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL,</u>
<u>FOR APPROVAL OF FLSA SETTLEMENT,</u>
<u>AND MOTION FOR DISMISSAL OF LAWSUIT</u>

Come now Plaintiffs Eric Okada, Daryl Evans and Donald Piazza (collectively "Plaintiffs"), by and through their counsel, Sanford Law Firm, PLLC, and Defendants Eagle's HVAC, LLC and Louis Ray Eagle, by and through their counsel, Ledbetter, Cogbill, Arnold & Harrison, LLP, hereinafter referred to as "the Parties", and for their Joint Motion for Leave to File Documents Under Seal, for Approval of FLSA Settlement, and Motion for Dismissal of Lawsuit, do hereby state:

1.  The Parties have reached a Settlement Agreement in this matter.

2.  The Settlement Agreement is fair to all parties.

3.  Significant discovery has been exchanged in this matter.

4.  Counsel for both the Parties are experienced in Fair Labor Standards Act litigation and have considered the probability of success on the merits in negotiation of the Settlement Agreement.

Page 1 of 4
Eric Okada, et al. v Eagle's HVAC, LLC, et al.
U.S.D.C. (W.D. Ark.) No. 2:16-cv-2245-PKH
Joint Motion to File Documents Under Seal, for Approval of FLSA Settlement,
and Motion for Dismissal of Lawsuit

5.      There was no overreaching by the employer in settlement negotiations and the settlement was the product of arm's-length negotiations between the Parties.

6.      In support of this Motion, the Parties submit the following documents for *in camera* review:

> Document 1 – Settlement Agreement and Release of Claims
>
> Document 2 – Damages calculations by Plaintiffs' counsel
>
> Document 3 – Damages calculations by Defendants' counsel
>
> Document 4 – Invoice
>
> Document 5 – Declaration of Josh Sanford

7.      All of the documents are subject to a confidentiality agreement or contain information which is protected by attorney-client privilege or the attorney work product doctrine.

8.      The Parties also submit a brief in support of this Motion which includes references to confidential information included in the documents submitted in support of this Motion.

9.      The five documents and brief in support are being sent to the Court for *in camera* review, and the Parties request that they be permitted to file these documents under seal.

10.     The Parties request that this Court approve the Settlement Agreement and Release of Claims in full settlement of this lawsuit and dismiss all claims filed herein with prejudice.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court grant their Joint Motion to File Documents Under Seal, approve the FLSA Settlement

**Page 2 of 4**
**Eric Okada, et al. v Eagle's HVAC, LLC, et al.**
**U.S.D.C. (W.D. Ark.) No. 2:16-cv-2245-PKH**
**Joint Motion to File Documents Under Seal, for Approval of FLSA Settlement,**
**and Motion for Dismissal of Lawsuit**

reached by the parties, dismiss this matter with prejudice, and for such other and further

relief as this Court deems necessary, just and proper.

Respectfully submitted,

**ERIC OKADA, DARYL EVANS and DONALD PIAZZA, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 S. SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By:    Chris Burks
       Ark. Bar No. 2010207
       chris@sanfordlawfirm.com

and    */s/ Josh Sanford*
       Josh Sanford
       Ark. Bar No. 2001037
       josh@sanfordlawfirm.com

and

**EAGLE'S HVAC, LLC, and LOUIS RAY EAGLE, DEFENDANTS**

LEDBETTER, COGBILL, ARNOLD & HARRISON, LLP
POST OFFICE BOX 185
FORT SMITH, ARKANSAS 72902
TELEPHONE: (479) 782-7294
FACSIMILE: (479) 782-1493

By:    */s/ Joseph Karl Luebke*
       Joseph Karl Luebke
       Ark. Bar No. 2013152
       jkl@lcahlaw.com

**Page 3 of 4**
**Eric Okada, et al. v Eagle's HVAC, LLC, et al.**
**U.S.D.C. (W.D. Ark.) No. 2:16-cv-2245-PKH**
**Joint Motion to File Documents Under Seal, for Approval of FLSA Settlement,**
**and Motion for Dismissal of Lawsuit**

## <u>CERTIFICATE OF SERVICE</u>

I, Josh Sanford, do hereby certify that on date imprinted by the CM/ECF system, a true and correct copy of the foregoing JOINT MOTION was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

Joseph Karl Luebke, Esq.
LEDBETTER, COGBILL, ARNOLD & HARRISON, LLP
Post Office Box 185
Fort Smith, Arkansas 72902
Telephone: 479-782-7294
Facsimile: 497-782-1493
jlk@lcalaw.com

        */s/ Josh Sanford*
        **Josh Sanford**

**Page 4 of 4**
**Eric Okada, et al. v Eagle's HVAC, LLC, et al.**
**U.S.D.C. (W.D. Ark.) No. 2:16-cv-2245-PKH**
**Joint Motion to File Documents Under Seal, for Approval of FLSA Settlement,**
**and Motion for Dismissal of Lawsuit**