**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

ERIC OKADA, et al.                                                                                 PLAINTIFFS

v.                                          No. 2:16-CV-02245

EAGLE'S HVAC, LLC, et al.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 14th day of December, 2017.


*/s/ P. K. Holmes,* III
_____
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

1